UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED

RICHARD TASI, as fiduciary of the )
Estate of Kenneth Tasi, )
)
       Plaintiff-Appellant )
)
v. )
)
)
JOHN E. POTTER, Postmaster )
General, )
)
       Defendant-Appellee )

2003 NOV 19 P 3:09

CONN/nhct
01-cv-1560
Docket No. 03-6134
Covello

US DISTRICT COURT
HARTFORD, CT

FILED
NOV 7 2003
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Richard Tasi, who pursuant to the act of the State of Connecticut Probate Court, as attested to by the attached "Fiduciary's Probate Certificate", has been designated and appointed fiduciary of the estate of the late Kenneth Tasi, the Plaintiff-Appellant, in the above-captioned action (hereinafter "Richard Tasi") and John E. Potter, Postmaster General, United States Postal Service, Defendant-Appellee, by and through their respective attorneys as follows:

    1.    The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

    2.    The United States Postal Service agrees to pay to Richard Tasi, in his capacity as fiduciary of the estate of Kenneth Tasi, the sum of Five Thousand ($5,000.00) Dollars, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and

**CERTIFIED:**   NOV - 7 2003

1

to result, from the same subject matter that gave rise to the above-captioned action, including those claims made the above-captioned appeal, in the underlying United States District Court civil action denominated <u>Kenneth Tasi v. John E. Potter, Postmaster General, U.S. District Court for the District of Connecticut Civil Action No. 3:01CV1560(AVC)</u> and in the United States Postal Service EEO case number 4B-060-0038-00, and also including any and all claims of any kind or nature, whether legal or equitable, related to Kenneth Tasi's employment with the United States Postal Service and for any claims, including any claim for wrongful death, which Richard Tasi, Kenneth Tasi, and/or his, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States Postal Service and the United States of America, its agents, servants, and employees (hereinafter, collectively, "the subject claims").

3.    Richard Tasi, as fiduciary of the estate of Kenneth Tasi and on behalf of all heirs, executors, administrators or assigns, hereby agrees to accept the sum of Five Thousand ($5,000.00) Dollars, in full settlement and satisfaction of the subject claims and any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America and the United States Postal Service, their agents, servants and employees on account of the subject claims and the same subject matter that gave rise to the subject claims, including any future claim for wrongful death. Richard Tasi, as fiduciary of the estate of Kenneth Tasi and on behalf of all heirs, executors, administrators or assigns further

agrees to reimburse, indemnify and hold harmless the United States of America and United States Postal Service, their agents, servants, and employees from any and all such cases of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of the subject claims by Kenneth Tasi, and/or his heirs, executors, administrators or assigns, against any third party or against the United States, including claims of wrongful death.

4.     The parties hereto agree that this matter shall be dismissed with prejudice from the docket of the Court of Appeals for the Second Circuit and hereby request that the Court enter such a dismissal.

5.     This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States or the United States Postal Service, their agents, servants, or employees, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

6.     It is also agreed, by and among the parties, that the settlement amount of Five Thousand ($5,000.00) Dollars represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys fees owed by the estate of Kenneth Tasi, will be paid out of the settlement amount and not in addition thereto.

7.     Payment of the settlement amount will be made by a check drawn from an account maintained by the United States Postal Service, for Five Thousand ($5,000.00) Dollars and made payable to Richard Tasi, Fiduciary of the Estate of Kenneth Tasi. The check will be mailed to the Plaintiff-Appellant's attorney at the following address:

Riccardo L. Pate, Esquire, 155 Post Road East, Westport, CT 06880. Attorney Pate agrees to distribute the settlement proceeds to the Plaintiff-Appellant.

8.  In consideration of the payment of the Five Thousand ($5,000.00) Dollars as set forth above, Richard Tasi, as fiduciary of the estate of Kenneth Tasi agrees that he will cause his attorney to execute and file with the appropriate court such documents as shall be necessary to cause the above-captioned action and any related action to be dismissed with prejudice from the docket of the appropriate court.

9.  The Defendant-Appellee agrees to use its best efforts to secure the payment described above within forty-five (45) days of the date of the Defendant-Appellee's signing of this settlement agreement.

_____          10/7/03
Richard Tasi, Fiduciary of the Estate      Dated
of Kenneth Tasi

_____          10/1/03
Ricardo L. Pate, Esquire              Dated
Attorney for Plaintiff-Appellant
155 Post Road East
Westport, CT 06880

John E. Potter,
Postmaster General:
By his attorney:
KEVIN J. O'CONNOR
United States Attorney

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
J. W. Hop

_____          10-15-03
Anthony T. Rice                       Dated
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, CT 06006-0170

SO ORDERED:
FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Nov. 7, 2003

4